## (May 14, 1937.)

ALBANY GRAVEL COMPANY, INC., Plaintiff, v. MILLER BROS. CONSTRUCTION Co., INC., Respondent, and HARLEM VALLEY CONSTRUCTION Co., INC., Appellant.— Motion for order directing the county clerk of Schuyler county to certify record on appeal omitting therefrom replying affidavits of Philip Lerman and Richard V. Hyland granted if not on file when this order shall be served, with ten dollars costs against the defendant-respondent Miller Bros. Construction Co., Inc. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of MERCANTILE PROPERTIES, INC., for an Order of Certiorari to Review the Determination of the State Tax Commission Fixing Certain Taxes on Mercantile Properties, Inc., for the Years 1931, 1932 and 1933.— Motion to vacate order of certiorari and dismiss proceeding denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

BEATRICE PASQUALE, Appellant, v. GEORGE WOODWARD and Another, Defendants, and THE CITY OF SARATOGA SPRINGS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conduct the Business of THE TITLE AND MORTGAGE GUARANTY COMPANY OF SULLIVAN COUNTY, NEW YORK. PRESCOTT W. TOWNSEND, Respondent. SULLIVAN COUNTY TRUST COMPANY, Appellant; and GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

BERNARD LYDAMORE, Appellant, v. Dr. LELAND F. FOOTE, Respondent.— Appeal from a judgment of nonsuit, granted at the close of plaintiff's case. The action was against the defendant, a dentist, for alleged malpractice, arising as stated in the complaint, through the careless and negligent conduct of the defendant in extracting a tooth, and in making sterile the instruments used. The answer alleges and admits, upon information and belief, that the infection charged " set in in the area of the place where said tooth was extracted " was caused by plaintiff's negligence in failing to follow the defendant's instructions as to postoperative care. From the testimony of the plaintiff, the evidence of a physician, and the allegation or admission quoted above, a *prima facie* case of malpractice was made out, and the order of nonsuit was error. Judgment and order reversed on the law and facts and new trial granted, with costs to the appellant to abide the event. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.